DAVID LOWENBEIN et al., Respondents, *v.* HENRY FULDNER, Appellant.*

(Argued June 15, 1894; decided June 22, 1894.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made January 3, 1893, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Abram Kling* for appellant.

*Solon P. Rothschild* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.